THE THIRD NATIONAL BANK OF SYRACUSE, Respondent, *v.* ARTHUR J. KEEFFE et al., Appellants, Impleaded with Others.

*Third Nat. Bank of Syracuse* v. *Keeffe,* 55 App. Div. 640, affirmed.
(Argued April 14, 1902; decided May 6, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 30, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Louis Marshall* for appellants.

*George W. O'Brien* and *E. N. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., MARTIN, CULLEN and WERNER, JJ.; GRAY, J., dissenting upon the ground that error was committed in receiving Elizabeth Keeffe's evidence; O'BRIEN, J., dissenting generally; VANN, J., taking no part.

---

THOMAS F. STOOTHOFF, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Stoothoff* v. *Brooklyn Heights R. R. Co.,* 60 App. Div. 631, affirmed.
(Argued April 15, 1902; decided May 6, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Herman Aaron* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.